**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE:  A.C., A MINOR         : No. 244 MAL 2015
                                            :
                                            :
PETITION OF:  B.J., MOTHER    : Petition for Allowance of Appeal from the
                                            : Order of the Superior Court

## ORDER

**PER CURIAM**

       **AND NOW**, this 14th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.